UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

_____

ROBBIE DENISE McCLURE                    CIVIL ACTION NO. 05-0738

versus                                   JUDGE WALTER

COMMISSIONER OF THE SOCIAL               **REFERRED TO:**
SECURITY ADMINISTRATION                  **MAGISTRATE JUDGE HORNSBY**

_____

## J U D G M E N T

In accordance with the Memorandum Ruling issued this date, the Commissioner's

decision to deny benefits is **REVERSED**, and this case is **REMANDED** pursuant to

sentence four of 42 U.S.C. § 405(g) for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 30th day of June, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE